# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| UPB | 9636122 | Stephen Anthony | 71 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 08/03/2023 2:27pm | 36 CFR 1.5 (a)(1) |

Place of Offense: Annies Canyon, Lake Powell

Offense Description: Factual Basis for Charge — HAZMAT ☐

Pin anchoring not permitted x9 pins

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | |
|---|---|---|
| Ackley | Jeremy | |

Street Address

[redacted]

Tag No. | State | Year | Make/Model | PASS ☐ | Color

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ ______ Forfeiture Amount |
| | + $30 Processing Fee |
| **PAY THIS AMOUNT AT www.cvb.uscourts.gov** → | $ ______ **Total Collateral Due** |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date / Time |
|---|---|
| 206 W Tabernacle St. George, UT | Date: 10/24/23<br>Time: 10:00am |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ______________________

Original - CVB Copy

*9636122*

CVB SCAN 09/06/2023 15:5

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______________, 20_____ while exercising my duties as a law enforcement officer in the ______________ District of ______________

CVB SCAN 09/06/2023 15:5

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/03/2023 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident